IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-cr-00133 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| DERRICK SMITH | ) | |

### ORDER

The revocation hearing in this matter is reset for **Monday, November 25, 2013 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the ___ day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court