UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-cr-00133 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| DERRICK SMITH | ) | |

*ORDER*
*This motion*
*is GRANTED.*
*[signature]*
10-17-14

JOINT MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION

The parties to this action, with the express approval of U.S. Probation Officer Lisa

House, jointly move the Court to dismiss the supervised release violation petitions

pending against Mr. Smith, and to allow his three year period of supervised release to

terminate as scheduled on September 25, 2014.

Mr. Smith has struggled with drug usage during his period of supervised release.

His violations, as alleged in the present petition, are all related to marijuana use and

treatment. Mr. Smith has completed inpatient drug treatment, and has been generally

compliant with the conditions of his supervised release since his release from inpatient

treatment.

Respectfully submitted,

**s/ Ronald C. Small**
Attorney for Derrick Smith
810 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 736-5047

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: **s/ William L. Deneke**
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: (615) 736-5151